No. 10-8279. Raymond Brown, Peti-

tioner v. Thomas LaValley, Superintendent, Great Meadow Correctional Facility.

562 U.S. 1241, 131 S. Ct. 1526, 179 L. Ed. 2d 343, 2011 U.S. LEXIS 1594.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.